NUMBER 13-04-196-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

OSCAR MORENO A/K/A OSCAR ANGUIANO,                          Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
__________________________________________________________________

On appeal from the 148th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, OSCAR MORENO A/K/A OSCAR ANGUIANO, perfected an appeal
from a judgment entered by the 148th District Court of Nueces County, Texas, in
cause number 00-CR-2323-E. Appellant has filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 22nd day of July, 2004.